## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 1:18-cv-01963 |
| MATT KAISER, THE MUSTANG SHOP LLC, a Washington limited liability company, d/b/a TMS PERFORMANCE AND DYNO TUNING, ALVARO VALENCIA, and CHUCK GREENE, ) ) ) ) ) ) | Hon. Judge Gary Feinerman |
| Defendants. ) | |

## DEFENDANTS' AGREED MOTION FOR
## EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants The Mustang Shop LLC, Alvaro Valencia and Chuck Greene (collectively "Defendants"), by James D. Roberts, Chen Roberts Ltd., their attorneys, respectfully move for an extension of time to answer or otherwise plead to Plaintiff's amended complaint, and in support of their motion states the following:

1. Defendants' responses to Plaintiff's amended complaint are currently due on or about April 27, 2018.

2. James D. Roberts and Chen Roberts Ltd. were retained on April 26, 2018 to represent Defendants as local counsel. Henry Dixon of DixonHall PLLC will be filing a motion to appear pro hac vice on behalf of Defendants.

3. James D. Roberts is currently away from his office and will not be returning until May 3, 2018.

4. This matter is currently set for status on May 17, 2018. Defendants respectfully request until May 17, 2018 within which to answer or otherwise plead to Plaintiff's amended complaint.

5. Counsel has conferred with Plaintiff's attorney and understands that he has no objection to this motion.

Wherefore, Defendants The Mustang Shop LLC Alvaro Valencia and Chuck Greene respectfully request that they be granted until May 17, 2018 to answer or otherwise plead to Plaintiff's amended complaint.

                THE MUSTANG SHOP LLC,
                ALVARO VALENCIA and CHUCK GREENE,

                By: _____ /s/ James D. Roberts _____
                            One of their attorneys

James D. Roberts (ARDC #6202460)
Chen Roberts Ltd.
33 N. Dearborn St. – Suite 1400
Chicago, IL 60602
(312) 782-4128
jroberts@chenrobertslaw.com