UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, ) ) ) Plaintiff, ) ) vs. ) ) MATT KAISER, THE MUSTANG SHOP LLC, a Washington limited liability company, d/b/a TMS PERFORMANCE AND DYNO TUNING, ALVARO VALENCIA, and CHUCK GREENE, ) ) ) ) ) ) ) Defendants. ) | Case No. 1:18-cv-01963<br><br>Hon. Judge Gary Feinerman |

**ATTORNEY JAMES D. ROBERTS' UNCONTESTED MOTION FOR
LEAVE TO FILE A CORRECTED APPEARANCE OR TO WITHDRAW THE
INADVERTENT APPEARANCE FILED FOR DEFENDANT MATT KAISER**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rules 83.16 and 83.17 of the United States District Court for the Northern District of Illinois, attorney James D. Roberts of Chen Roberts Ltd. respectfully requests that this Court strike the attorney appearance he filed on April 30, 2018 (Docket #12) and grant him leave to file a corrected attorney appearance to correct a mistake as to the parties he is representing, or alternatively allow him to withdraw the appearance inadvertently filed on behalf of defendant Matt Kaiser. In support of this motion, James D. Roberts states the following:

1. On April 26, 2018, James D. Roberts and Chen Roberts Ltd. were retained to represent three of the four named defendants: The Mustang Shop LLC; Alvaro Valencia; and Chuck Greene.

2. On April 27, 2018, Mr. Roberts filed an agreed motion for an extension of time to answer or otherwise plead to Plaintiff's amended complaint. (Docket #8). Mr. Roberts filed that

1

motion only on behalf of defendants The Mustang Shop LLC, Alvaro Valencia and Chuck Greene. (Docket #8).

3. On April 27, 2018, Plaintiff filed an agreed motion to extend time for defendant Matt Kaiser to file his responsive pleading. (Docket #10). Plaintiff's agreed motion states that plaintiff's counsel was advised that defendant Matt Kaiser was in the process of engaging counsel and was requesting an extension of time to file his responsive pleading. (Docket #10, ¶¶ 2-3).

4. Mr. Roberts has never been retained by and has never represented defendant Matt Kaiser in this or any other matter.

5. On April 30, 2018, Mr. Roberts intended to file his appearance only on behalf of defendants The Mustang Shop LLC, Alvaro Valencia and Chuck Greene. However, defendant Matt Kaiser's name was inadvertently and mistakenly included on the filed appearance. (Docket #12).

6. Mr. Roberts respectfully requests that this Court enter an order striking the April 30, 2018 attorney appearance (Docket #12) and granting him leave to file a corrected attorney appearance. Alternatively, Mr. Roberts requests the entry of an order allowing him to withdraw the appearance that he inadvertently filed on behalf of defendant Matt Kaiser.

7. Mr. Roberts conferred with plaintiff's counsel on May 4, 2018, and this motion is uncontested.

**WHEREFORE**, James D. Roberts respectfully requests that this motion be granted and that the Court enter an order striking the April 30, 2018 attorney appearance (Docket #12) and granting James D. Roberts leave to file a corrected attorney appearance, or alternatively allow the withdrawal of the appearance James D. Roberts inadvertently filed on behalf of defendant Matt Kaiser.

Dated: May 7, 2018    Respectfully submitted,

**THE MUSTANG SHOP LLC, ALVARO VALENCIA and CHUCK GREENE**
By: /s/ James D. Roberts
    One of their attorneys

James D. Roberts (ARDC #6202460)
Chen Roberts Ltd.
33 N. Dearborn St. – Suite 1400
Chicago, IL 60602
(312) 782-4128
jroberts@chenrobertslaw.com

**CERTIFICATE OF SERVICE**

    James Roberts, an attorney, hereby certifies that on May 7, 2018, he caused the foregoing Attorney James D. Roberts' Uncontested Motion For Leave To File A Corrected Appearance Or To Withdraw The Inadvertent Appearance Filed For Defendant Matt Kaiser to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all registered ECF users in this case.

                                                      /s/ James D. Roberts