UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company, | CASE NO. 1:18-cv-01963 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MATT KAISER ONLY PURSUANT TO FRCP 41(a)(1)(A)(i)** |
| vs. | |
| MATT KAISER, THE MUSTANG SHOP LLC, a Washington limited liability company, d/b/a TMS PERFORMANCE AND DYNO TUNING, ALVARO VALENCIA, and CHUCK GREENE, | |
| Defendants. | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, by its counsel, hereby files its Notice of Voluntary Dismissal of Defendant Matt Kaiser only. The matter shall remain pending against the remaining Defendants THE MUSTANG SHOP LLC, a Washington limited liability company, d/b/a TMS PERFORMANCE AND DYNO TUNING, ALVARO VALENCIA, and CHUCK GREENE.

Dated this 5th day of June, 2018

                                                                          Respectfully submitted,

                                                                          *s/ Andrew P. Bleiman*
                                                                          Attorneys for HP Tuners, LLC

Andrew P. Bleiman, ARDC 6255640
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

          Respectfully submitted,

          *s/ Andrew P. Bleiman*
          Attorneys for HP Tuners, LLC

Andrew P. Bleiman, ARDC 6255640
Marks & Klein
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162
andrew@marksklein.com