# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC

                    Plaintiff,

v.                                      Case No.: 1:18−cv−01963
                                          Honorable Gary Feinerman

Matt Kaiser, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 5, 2018:

      MINUTE entry before the Honorable Gary Feinerman: Status hearing held and continued to 9/26/2018 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiff's motion for voluntary dismissal of Defendant Matt Kaiser [30] is granted. Plaintiff's claims against Defendant Matt Kaiser are dismissed with prejudice. The Clerk is directed to terminate Matt Kaiser as a party defendant. Initial written discovery requests shall be served by 7/19/2018. Fact discovery shall be completed by 11/19/2018. Motions to amend the pleadings or add new parties shall be filed by 8/31/2018. Dispositive motions shall be filed by 1/19/2019. Mailed notice. (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.