UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP TUNERS, LLC, | ) |
|    Plaintiffs, | ) ) ) |
| v. | ) Case No.: 1:18-cv-01963 ) ) Hon. Gary Feinerman |
| MATT KAISER, et al., | ) ) |
|    Defendants. | ) ) |

**PLAINTIFF HP TUNERS LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Plaintiff HP TUNERS, LLC hereby certifies that there is no parent corporation or any publicly held corporation owning 5% or more of its stock.

Dated: July 9, 2018                                             Respectfully submitted,

/s/Andrew P. Bleiman
Andrew P. Bleiman
Marks & Klein, LLP
1363 Shermer Road, Suite 318
Northbrook, Illinois 60062
(312) 206-5162 (phone)
andrew@marksklein.com
ARDC No. 6255640